**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26210-KUNTZ**

**MANUEL GARCIA GUTIERREZ**,

Petitioner,
v.

**WARDEN**, Krome North
Processing Center**,** *et al*,

Respondents.

_________________________________________/

**ORDER DISMISSING PETITION**

**THIS CAUSE** comes before the Court on *pro se* Petitioner, Manuel Garcia Gutierrez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF 1], and accompanying Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion") [ECF 3], both filed on September 9, 2026. For the following reasons, the IFP Motion is denied, and the Petition is dismissed.

A petitioner who wishes to proceed *in forma pauperis* in a § 2241 action must file "a motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2), Rules Governing Section 2254 Cases (alteration added); *see also id.* Rule 1(b) ("The district court may apply [The Rules Governing Section 2254 Cases] to a [section 2241] habeas corpus petition[.]" (changes added)). The application, which is difficult to read, appears to lack bot the

affidavit and the required warden's certificate, and is therefore insufficient. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Petitioner's Motion to Proceed *in forma pauperis* [ECF 3] is **DENIED**. The Petition [ECF 1] is further **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Fort Lauderdale, Florida on October 4, 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: Pro Se Petitioner and counsel of record